IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT STERLING TRESEDER,

    Plaintiff,                               CIV. NO. S- 09-1649 GEB GGH PS

    vs.

BANK OF AMERICA, N.A., et al.,

    Defendants.                           ORDER

_____/

        Defendants' motion to dismiss presently is calendared for hearing on August 6, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The August 6, 2009 hearing on the motion to dismiss, filed June 22, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: July 29, 2009

                                                          /s/ Gregory G. Hollows

                                                          GREGORY G. HOLLOWS
                                                          U. S. MAGISTRATE JUDGE

GGH:076:Treseder1649.vac.wpd